UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03248-RGK (FFMx) | Date | May 7, 2012 |
|---|---|---|---|
| Title | PATRICK OSSO et al. v. AIR & LIQUID SYSTEMS CORP. et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) Order to Show Cause re: Notice of Removal

   Defendant Crane Company filed a Notice of Removal on April 13, 2012 removing the present case from Superior Court for Los Angeles County to this Court. Defendant Crane Company attempts to base jurisdiction on 28 U.S.C. § 1442(a)(1).

   28 U.S.C. § 1446(b) requires that a defendant file a Notice of Removal within 30 days of receiving through service a copy of the initial pleading setting forth the basis for removal. Defendant Crane Company has not attached any supporting documentation in its voluminous Notice of Removal that would allow the Court to determine that the Notice of Removal is timely filed.

   Furthermore, Defendant Crane Company is one of several defendants in the present case and yet the Notice of Removal was filed solely by Defendant Crane Company. 28 U.S.C. § 1446(b)(2)(A) requires that all defendants who have been properly joined and served in the action join in or consent to the removal.

   Defendant Crane Company is hereby order to show cause in writing by Friday May 11, 2012 as to why this case should not be remanded for failure to follow the requirements for removal.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |