# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OSSO and WANDA OSSO, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION as successor in interest to Buffalo Pumps Inc., et al.,<br><br>    Defendants. | Case No.: 2:12-cv-03248-RGK-FFM<br>*Assigned to the Hon. R. Gary Klausner*<br>*Court Room 850*<br><br>[PROPOSED] JUDGMENT GRANTING DEFENDANT ZURN INDUSTRIES, LLC'S MOTION FOR SUMMARY JUDGMENT ~~OR IN THE ALTERNATIVE [PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT~~<br><br>Date: March 11, 2013<br>Time: 9:00 a.m.<br>Location: Roybal Federal Building Courtroom 850<br>Judge: ~~Honorable R. Gary Klausner~~<br><br>Date Filed: February 22, 2012<br>Trial Date: April 30, 2013 |

The motion for summary judgment, or alternatively, partial summary judgment, filed by Defendant Zurn Industries, LLC, came on for a regularly noticed hearing on March 11, 2013, before the Honorable R. Gary Klausner in Courtroom 850 of the above-entitled court. All appearances were stated on the record.

1  The Court, having read, heard, and considered all of the oral and written arguments
2  and evidence submitted by the parties, including all inferences reasonably deducible from
3  the evidence, except those which may have been contradicted by other inferences or
4  evidence, finds that there is no triable issue as to causation on any of Plaintiff PATRICK
5  OSSO and Plaintiff WANDA OSSO ("Plaintiffs") causes of action against Defendant
6  Zurn Industries, LLC, and that Defendant Zurn Industries, LLC is entitled to a judgment
7  as a matter of law against Plaintiff.

8  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant
9  Zurn Industries, LLC's motion for summary judgment is hereby granted, and judgment
10 shall be entered in favor of Defendant Zurn Industries, LLC and against Plaintiffs on the
11 entire complaint;

12 ~~Or in the alternative,~~
13 ~~IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant~~
14 ~~Zurn Industries, LLC's motion for partial summary judgment is hereby granted, and~~
15 ~~Plaintiffs' punitive damages claim against Zurn Industries, LLC shall be disposed of as a~~
16 ~~matter of law.~~

17

18
19 DATED: MAR 2 1 2013          _____
20                               HON. R. GARY KLAUSNER

21 Proposed Order Submitted by:

22 Keith M. Ameele, Esq.  SBN 221927
   kameele@foleymansfield.com
23 Nancy Zabala Graham, Esq.  SBN 257800
   ngraham@foleymansfield.com
24 **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
25 Los Angeles, CA  90071
   Telephone:   (213) 283-2100
26 Facsimile:   (213) 283-2101

27 Attorneys for Defendant
28 ZURN INDUSTRIES, LLC

2

[PROPOSED] JUDGMENT OR IN THE ALTERNATIVE [PROPOSED] ORDER