UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OSSO and WANDA OSSO, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORP., *et al.*<br><br>    Defendants. | Case No. 2:2012-cv-03248-RGK<br><br>*Hon. R. Gary Klausner*<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    March 18, 2013<br>**Time:**   **9:00 a.m.**<br>**CTRM:**  **850** |

1  The Motion of Defendant Crane Co. for summary judgment or in the alternative summary adjudication in the above-captioned case was taken under submission on the papers, and ruled upon by the Honorable R. Gary Klausner of the above-entitled Court.

The Court, having read and considered all of the written arguments and evidence submitted by the parties, including all inferences reasonably deducible from the evidence, expect those which may have been contradicted by other inferfences or evidence, finds that there is no triable issue as to causation on any of Plaintiff PATRICK OSSO and Plaintiff WANDA OSSO ("Plaintiffs") causes of action against Defendant Crane Co., and that Defendant Crane Co. is entitled to a judgment as a matter of law against Plaintiffs.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Crane Co.'s motion for summary judgment is hereby granted, and judgment shall be entered in favor of Defendant Crane Co. and against Plaintiffs on the entire Complaint.

DATED:  March 28, 2013  _____
 The Honorable Gary Klausner
 District Court Judge

Proposed Judgment Submitted by:

Daniel S. Hurwitz SBN 235260
Daniel.hurwitz@klgates.com
Angelo L. Primas, Jr. SBN 251710
Angelo.primas@klgates.com
**K&L Gates, LLP**
10100 Santa Monica Blvd., Suite 700
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimilie: (310) 552-5001
Attorneys for Defendant
**CRANE CO.**