GEORGE H. KIM (SBN 162767)
**KARST & VON OISTE LLP**
9766 Wilshire Boulevard, Suite 200
Beverly Hills, California 90212-1820
Telephone (310) 746-4099
Facsimile (310) 861-0525

JS-6

Attorneys for:    PLAINTIFFS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OSSO and WANDA OSSO, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　Defendants. | CASE NO. CV12-03248- RGK-FFM<br><br>ORDER ON STIPULATION OF PLAINTIFFS TO DISMISS ENTIRE ACTION<br><br>Final Pretrial Conf.　　4/15/13<br>Trial Date:　　　　　4/30/13<br>Judge:　　Hon. R. Gary Klausner |

BASED UPON THE STIPULATION OF PLAINTIFFS, THE COURT ORDERS THAT this action is dismissed in its entirety.

Dated: April 10, 2013

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER, Judge

1
[PROPOSED] ORDER ON STIPULATION OF PLAINTIFFS TO DISMISS ENTIRE ACTION